THOMAS O. GILLIS, SBN 40186
ATTORNEY AT LAW
1006 H STREET, SUITE 1
MODESTO, CALIFORNIA 95354
TEL(209)575-1153
FAX(209)529-3240


Attorney for Debtors
JAIME AND MARIA MERLAN

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In Re:

JAIME MERLAN
MARIA MERLAN

CASE NO. 2010-21073

ORDER CONFIRMING PLAN

      Debtors
_____/

## ORDER CONFIRMING PLAN

The Chapter 13 plan of the above-named debtors has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtors plan satisfies the requirements of 11 U.S.C. §1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1.    The debtors shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtors address;

2010-21073
FILED
May 11, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002622849

RECEIVED
May 11, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002622849

2. The debtors shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and

3. The debtors shall appear in court whenever notified to do so by the court.

4. " U.S. Bank is successor to Downey Savings regarding First Mortgage on 2061 Houston ."

**IT IS FURTHER ORDERED** that the attorney's fees for the debtors attorney in the full amount of $3,500 are approved, $3,500 of which was paid prior to the filing of the petition.

Approved as to form and content
Dated: 5/11/10

*[signature]*

RUSSELL D. GREER
Chapter 13 Trustee

Dated: May 11, 2010

Date

*[signature]*
Robert S. Bardwil, Judge
United States Bankruptcy Court

2